**Helen Janice SIMMONS, Appellant,**

v.

**Harrison Gail SIMMONS, Respondent**

**and**

**Harrison & Cloeta Simmons, Intervenors–Respondents.**

**No. WD 42024.**

Missouri Court of Appeals, Western District.

Feb. 6, 1990.

▬▬▬▬▬

Charles M. LeCompte, Springfield, for appellant.

` Lawrence R. McClure, Marshall, for respondent and intervenors-respondents.

Before GAITAIN, P.J., and CLARK and MANFORD, JJ.

ORDER

PER CURIAM:

This is an appeal from a judgment modifying a divorce decree as to child custody.

Judgment affirmed. Rule 84.16(b).

**FARMERS INSURANCE EXCHANGE, Respondent,**

v.

**Robert S. JOHNSON, Appellant.**

**No. WD 42203.**

Missouri Court of Appeals, Western District.

Feb. 6, 1990.

▬▬▬▬▬

George A. Spencer, Columbia, for appellant.

Douglas S. Evans, Springfield, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM.

Appeal from court tried case in favor of plaintiff-respondent.

Judgment affirmed. Rule 84.16(b).